| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 3:05CR51-1 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE:<br><br>Tzan, Chan Lop   a/k/a Chan, Loptzan<br><br>**ATE JUDGE DENLOW**<br><br>**iE DER-YEGHIAYAN**<br><br>**07CR 698** | DISTRICT<br><br>NORTHERN DISTRICT OF INDIANA | DIVISION<br><br>SOUTH BEND |
|---|---|---|
| | NAME OF SENTENCING JUDGE<br><br>HONORABLE CHIEF JUDGE ROBERT L. MILLER, Jr | |

| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 01/20/2006 | TO 01/19/2009 |
|---|---|---|---|

OFFENSE

Trafficking in Contraband Cigarettes, Aiding & Abetting 18:2342 & 2

**FILED**

J N

OCT 2 3 2007

October 23, 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE <u>NORTHERN DISTRICT OF INDIANA</u>

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District of Illinois [Chicago] upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_____

October 4, 2007

Date

_____

*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE CHICAGO

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

**OCT 2 3 2007**

_____

*Effective Date*

_____

*United States District Judge*

TERMED

# U.S. District Court Northern District of Indiana [LIVE]
## USDC Northern Indiana (South Bend)
## CRIMINAL DOCKET FOR CASE #: 3:05-cr-00051-RLM-CAN-1

Case title: United States of America v. Chan

Date Filed: 05/12/2005
Date Terminated: 01/20/2006

Assigned to: Judge Robert L Miller Jr
Referred to: Magistrate Judge
Christopher A Nuechterlein

MAGISTRATE JUDGE DENLOW    *JUDGE DER-YEGHIAYAN*

**07CR    698**

**Defendant**

**Loptzan Chan** (1)
*TERMINATED: 01/20/2006*

represented by **Fred R Hains**
Hains Law Firm LLP
125 North St Peter Street
South Bend, IN 46617-2910
574-234-7606
Fax: 574-282-1360
Email: fhains@hainslawfirm.com
*TERMINATED: 01/20/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Pending Counts**

18:2342(a) and 2 TRAFFICKING IN
CONTRABAND CIGARETTES and
AIDING and ABETTING; 18:981(a)(1)
(C) and 2344(c) and 28:2461(c)
FORFEITURE ALLEGATION
(1)

**Disposition**

defendant placed on probation for a
period of 3 years, with conditions

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

18:2342(a) and 2 TRAFFICKING IN
CONTRABAND CIGARETTES and
AIDING and ABETTING; 18:981(a)(1)
(C) and 2344(c) and 28:2461(c)
FORFEITURE ALLEGATION
(2)

**Disposition**

dismissed on government motion

Case 1:07-cr-00698    Document 1    Filed 10/23/2007    Page 3 of 6

## Highest Offense Level (Terminated)

Felony

| Complaints | Disposition |
|---|---|
| None | |

## Miscellaneous Party

| Loptzan Chan | represented by | Loptzan Chan |
|---|---|---|
| | | 468 W 24th Street |
| | | Chicago, IL 60616 |
| | | PRO SE |

## Plaintiff

| United States of America | represented by | Kenneth M Hays - AUSA |
|---|---|---|
| | | US Attorney's Office - SB/IN |
| | | M01 Federal Building |
| | | 204 S Main Street |
| | | South Bend, IN 46601-2191 |
| | | 574-236-8287 |
| | | Fax: 574-236-8155 |
| | | Email: kenneth.hays@usdoj.gov |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 10/05/2007 | 31 | Letter from USDC-South Bend sending 2 originally signed Orders Transferring Jurisdiction to USDC, Northern District of Illinois (Chicago). (smp) (Entered: 10/05/2007) |
| 10/04/2007 | 30 | ORDER TRANSFERRING JURISDICTION as to Loptzan Chan upon acceptance by the USDC for Northern District of Illinois (Chicago). Signed by Judge Robert L Miller Jr on 10/4/07. (smp) (Entered: 10/05/2007) |
| 11/27/2006 | 29 | Mail Returned as Undeliverable (Receipt #3332829). Mail sent to Loptzan Chan. Re-sent to 468 W 24th Street, Chicago IL 60616 (smp) (Entered: 11/28/2006) |
| 04/17/2006 | 28 | Mail Returned as Undeliverable (Receipt #3330164). Mail sent to Loptzan Chan (No such number). Re-sent to 468 W 24th St. Chicago, IL 60616 (smp) (Entered: 04/18/2006) |
| 03/23/2006 | 27 | Mail Returned as Undeliverable (Receipts #3329493 and #3329492). Mail sent to Loptzan Chan (No such number) (smp) (Entered: |

| | | |
|---|---|---|
| | | 03/24/2006) |
| 01/20/2006 | 26 | JUDGMENT as to Loptzan Chan (1). Signed by Chief Judge Robert L Miller Jr on 1/20/06. (arl, ) (Entered: 01/23/2006) |
| 01/20/2006 | 25 | ORDER DISMISSING COUNTS for Loptzan Chan (1); Count 2 dismissed on government motion . Signed by Chief Judge Robert L Miller Jr on 1/20/06. (arl, ) (Entered: 01/23/2006) |
| 01/20/2006 | 24 | SENTENCING MEMORANDUM as to Loptzan Chan(01) . Signed by Chief Judge Robert L Miller Jr on 1/20/06. (arl, ) (Entered: 01/23/2006) |
| 01/20/2006 | 23 | FINAL ORDER OF FORFEITURE for ENTRY OF PERSONAL MONEY JUDGMENT [document #21 motion] . Signed by Chief Judge Robert L Miller Jr on 1/20/06. (3 certified copies to AUSA/SB) (arl, ) (Entered: 01/23/2006) |
| 01/20/2006 | 22 | SENTENCING hearing held on 1/20/2006 for Loptzan Chan(1) before Chief Judge Roberf L. Miller, Jr.: parties present; TIP Soo Chan Knowles sworn as interpreter for this proceeding; no objections to the presentence report; the court hears from parties prior to sentence; no objections to the proposed sentence; on Count 1 the defendant is placed on probation for a period of 3 years, with conditions; defendant to pay a $100 special assessment due immediately and to be made payable to Clerk, U.S. District Court; defenant to pay restitution in the sum of $5,148.00, together with interest as required by law to be made payable to Clerk, U.S. District Court for disbursement to the Illinois Department of Revenue; the defendant shall make restitution payments of not less than $10 per month; the defendant shall forfeit to the United States the sum of $5,140.00; Government appeared by attorney Kenneth Hays; Defendant present and appeared with attorney Fred Hains; Kevin Reed appeared on behalf of U S Probation. (Court Reporter Gen Sones.) (arl, ) (Entered: 01/23/2006) |
| 01/18/2006 | 21 | MOTION for a Final Order of Forfeiture by United States of America as to Loptzan Chan. (Hays, Kenneth) (Entered: 01/18/2006) |
| 01/06/2006 | 20 | SENTENCING MEMORANDUM by Loptzan Chan (Hains, Fred) (Entered: 01/06/2006) |
| 11/15/2005 | 19 | TRANSCRIPT of Proceedings as to Loptzan Chan held on 11/4/05 before Judge Robert L Miller Jr. Court Reporter: Debra Bonk. (smp) (Entered: 11/18/2005) |
| 11/04/2005 | 18 | CHANGE OF PLEA HEARING as to Loptzan Chan(01) held on 11/4/2005 before Chief Judge Robert L. Miller, Jr.: parties present; interpreter Keping Qui sworn; defendant placed under oath; defendant advised of possible penalties and of his trial rights; Guilty Plea entered by Loptzan Chan(1) as to Count 1 and the court ACCEPTS the guilty plea; Count to be dismissed at sentencing is Count 2; Government appeared by attorney Kenneth Hays; Defendant appeared by attorney Fred Hains; Lesley Martin appeared on behalf of U S Probation; Sentencing hearing set for 1/20/2006 01:00 PM (South Bend Time) in South Bend before |

| | | |
|---|---|---|
| | | Chief Judge Robert L Miller Jr.; jury trial date of 11/7/2005 is hereby VACATED; defendant current release status unchanged. (Court Reporter D. Bonk.) (arl, ) (Entered: 11/09/2005) |
| 10/27/2005 | 17 | NOTICE OF HEARING as to Chan Tzan(01): Change of Plea Hearing reset, on the court's own motion fr0m 10/28/2005 to 11/4/2005 01:30 PM (South Bend Time) in South Bend before Chief Judge Robert L Miller Jr. (arl, ) (Entered: 10/27/2005) |
| 10/20/2005 | 16 | NOTICE OF HEARING as to Chan Tzan(01): Change of Plea Hearing reset for 10/28/2005 10:00 AM in South Bend before Chief Judge Robert L Miller Jr. (arl, ) (Entered: 10/20/2005) |
| 10/13/2005 | 15 | NOTICE OF HEARING as to Chan Tzan(01): Change of Plea Hearing set for 10/20/2005 11:00 AM in South Bend before Chief Judge Robert L Miller Jr. (arl, ) (Entered: 10/13/2005) |
| 10/13/2005 | 14 | PLEA AGREEMENT as to Chan Tzan (Hays, Kenneth) (Entered: 10/13/2005) |
| 05/31/2005 | 13 | ORDER ON DISCOVERY as to Chan Tzan . Signed by Judge Christopher A Nuechterlein on 5/31/2005. (slm, ) (Entered: 05/31/2005) |
| 05/31/2005 | 12 | Arraignment as to Chan Tzan (1) held on 5/31/2005 before Judge Christopher A Nuechterlein : Parties present; Defendant enters NOT GUILTY PLEA as to all counts; Pretrial Motions due by 6/20/2005. (3 day) Jury Trial set for 11/7/2005 09:30 AM in South Bend before Judge Robert L Miller Jr. (Tape #FTR 5/31/2005.) (slm, ) (Entered: 05/31/2005) |
| 05/27/2005 | 11 | CJA 20 as to Chan Tzan: Appointment of Attorney Fred R Hains for Chan Tzan. . Signed by Judge Christopher A Nuechterlein on 5/27/2005. (slm, ) (Entered: 05/31/2005) |
| 05/25/2005 | 10 | ORDER as to Chan Tzan "Ends of Justice" Finding Pursuant to Title 18, United States Code, Section 3161(H)(8) filed by United States of America, . Signed by Judge Christopher A Nuechterlein on 5/25/2005. (slm, ) (Entered: 05/25/2005) |
| 05/25/2005 | 9 | Arraignment held on 5/25/2005 before Judge Christopher A Nuechterlein : Dft present w/o counsel; Complete Finl Afdt; Defendant GRANTED appt of counsel; Arraignment reset for 5/31/2005 02:00 PM in South Bend before Magistrate Judge Christopher A Nuechterlein. (Tape #FTR 5/25/2005.) (slm, ) (Entered: 05/25/2005) |
| 05/25/2005 | | Case unsealed as to Chan Tzan per request from chambers. (jld) (Entered: 05/25/2005) |
| 05/24/2005 | 8 | MOTION for "Ends of Justice" Finding Pursuant to Title 18, United States Code, Section 3161(H)(8) by United States of America as to Chan Tzan. (Hays, Kenneth) (Entered: 05/24/2005) |
| 05/17/2005 | 7 | ORDER Setting Conditions of Release . Signed by Judge Paul R Cherry on 5/17/05. (plm, ) (Entered: 05/18/2005) |
| | | |

Case 1:07-cr-00698    Document 1    Filed 10/23/2007    Page 6 of 6

| 05/17/2005 | 6 | Appearance Bond Entered as to Chan Tzan in amount of $20,000. (plm, ) (Entered: 05/18/2005) |
|---|---|---|
| 05/17/2005 | 5 | Initial Appearance as to Chan Tzan held on 5/17/2005 before Magistrate Judge Paul R Cherry. Defend in person w/out cnsl. Govt by AUSA K Hays. P Pramuk USPT. Defend adv rights, charges, penalties. Defend will retain counsel-CJA 23 Fin Aff on file. Defend released $20,000 Appearance Bond w/pretrial supervision. Arraignment set for 5/25/2005 02:00 PM in South Bend before Magistrate Judge Christopher A Nuechterlein. No interpreter needed. (#Digitally Recorded.) (smb) (Entered: 05/17/2005) |
| 05/17/2005 | | Case unsealed as to Chan Tzan (smb) (Entered: 05/17/2005) |
| 05/17/2005 | | Judge update in case as to Chan Tzan. Judge Christopher A Nuechterlein added. (smb) (Entered: 05/17/2005) |
| 05/17/2005 | | Arrest of Chan Tzan (smb) (Entered: 05/17/2005) |
| 05/13/2005 | 4 | Arrest Warrant Issued in case as to Chan Tzan. (lpw) (Entered: 05/13/2005) |
| 05/12/2005 | 3 | ORDER granting 2 Motion to Seal as to Chan Tzan (1). Signed by Judge Christopher A Nuechterlein on 5/12/05. (lpw) Additional attachment(s) added on 5/19/2005 (ksc, ). (Entered: 05/13/2005) |
| 05/12/2005 | 2 | MOTION to Seal by United States of America as to Chan Tzan until the arrest of the defendant. (lpw) Additional attachment(s) added on 5/19/2005 (ksc, ). (Entered: 05/13/2005) |
| 05/12/2005 | 1 | SEALED INDICTMENT as to Chan Tzan (1) count(s) 1-2 with forefeiture allegation (lpw) Additional attachment(s) added on 5/19/2005 (ksc, ). (Entered: 05/13/2005) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 10/19/2007 09:39:33 | | | |
| **PACER Login:** | up0316 | **Client Code:** | Probation_PTS_Web |
| **Description:** | Docket Report | **Search Criteria:** | 3:05-cr-00051-RLM-CAN |
| **Billable Pages:** | 3 | **Cost:** | 0.24 |